UNITED STATES of America,
Plaintiff–Appellee

v.

Sergio Ariel CHAVEZ–BAEZ,
Defendant–Appellant.

No. 06–30985
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 24, 2007.

Brett L. Grayson, Assistant U.S. Attorney, U.S. Attorney's Office Western District of Louisiana, Lafayette, LA, for Plaintiff–Appellee.

Joseph R. Streva, Jr., Federal Public Defender's Office Western District of Louisiana, Lafayette, LA, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Sergio Ariel Chavez–Baez (Chavez) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Chavez has filed a response. Our independent review of counsel's brief, the record, and Chavez's response discloses no nonfrivo-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

lous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5th Cir. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.